# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00282-CR

**Johnny Trevino, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. 971176, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Johnny Trevino, Jr., seeks to appeal his conviction for aggravated sexual assault of a child. The trial court has certified that Trevino waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000). In addition, the pro se notice of appeal was filed two months after the deadline for perfecting appeal. *See* Tex. R. App. P. 26.2. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: August 13, 2007

Do Not Publish